UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLY RAY BURNS,

    Petitioner,

v.                                     CASE NO.  3:13cv393/MCR/EMT

MICHAEL CREWS,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 26, 2014 (doc. 28).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Respondent's motion to dismiss (doc. 23) is **GRANTED**.

    3.    The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice** as untimely.

    4.    A certificate of appealability is **DENIED**.

    **DONE AND ORDERED** this 29th day of September 2014.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**